IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DAVID COOK | * |
| | * |
| Plaintiff | * |
| | * |
| VS. | * |
| | *   NO: 5:05CV00346 SWW |
| ARKANSAS DEPARTMENT OF | * |
| CORRECTION; LARRY NORRIS, | * |
| Director, individually and in his | * |
| individual capacity; and RICK TONEY, | * |
| Warden, individually and in his official | * |
| capacity | * |
| Defendants | * |
| | * |
| | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF APRIL, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE